## S99G1267. GRANT v. THE STATE.
### (528 SE2d 512)

THOMPSON, Justice.

We reverse the judgment of the Court of Appeals in *Grant v. State*, 237 Ga. App. 892 (515 SE2d 872) (1999), because the State now concedes that the jury oath which is mandated by OCGA § 15-12-139 was never administered in this case.[1] It follows that Grant's motion to set aside his conviction should have been granted and the case must be remanded for retrial. See *Slaughter v. State*, 100 Ga. 323 (28 SE 159) (1897).

*Judgment reversed. All the Justices concur.*

---

[1] We note that the State's concession came after certiorari was granted and while the case was pending in this Court, and that the Court of Appeals was without benefit of that information when it rendered its opinion.

DECIDED MARCH 13, 2000.

*L. Elizabeth Lane*, for appellant.

*Charles H. Weston, District Attorney, Wayne G. Tillis, Howard Z. Simms, Assistant District Attorneys,* for appellee.